IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL DELANGE,<br>    *Plaintiff*<br>    v.<br>ATLANTIC INTERTECH LLC d/b/a<br>DEEP SIX CBD ONLINE EDIBLES &<br>OILS<br>    and<br>BENTON PURPLE, *individually*<br>    and<br>ANDREW SONG, *individually*<br>    and<br>NICHOLAS KRUCJAZ, *individually*<br>    *Defendants* | Civil Action No.: 2:20-cv-03624-CFK |

## ENTRY OF APPEARANCE

**TO THE CLERK:**

Kindly enter my appearance for all defendants in the above captioned action.

Date: November 18, 2022

Respectfully Submitted,

*/s/ Robert C. Ewing*

Robert C. Ewing, Esquire
I.D. No. 38364
116 West Baltimore Avenue
P.O. Box 728
Media, PA 19063
(610) 565-1600
r.ewing@ewinglawoffice.com

ROBERT C. EWING
ATTORNEY AT LAW
I.D. NO. 38364
116 WEST BALTIMORE AVE.
POST OFFICE BOX 728
MEDIA, PENNSYLVANIA 19063
(610) 565-1600

## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANIEL DELANGE,<br>    *Plaintiff*<br>    v.<br>ATLANTIC INTERTECH LLC d/b/a<br>DEEP SIX CBD ONLINE EDIBLES &<br>OILS<br>    and<br>BENTON PURPLE, *individually*<br>    and<br>ANDREW SONG, *individually*<br>    and<br>NICHOLAS KRUCJAZ, *individually*<br>    *Defendants* | Civil Action No.: 2:20-cv-03624-CFK |

### CERTIFICATE OF SERVICE

I certify that on November 18, 2022, the foregoing document is being served this day on all counsel of record identified below by email and by Notice of Electronic Filing generated by CM/ECF.

Respectfully Submitted,

*/s/ Robert C. Ewing*

Robert C. Ewing, Esquire
I.D. No. 38364
116 West Baltimore Avenue
P.O. Box 728
Media, PA 19063
(610) 565-1600
r.ewing@ewinglawoffice.com

Parties Served:
Plaintiffs
c/o Andrew Glenn, Esquire
300 Carnegie Center, Suite 150
Princeton, NJ 08540
(201) 687-9977
Aglenn@jaffeglenn.com

ROBERT C. EWING
ATTORNEY AT LAW
I.D. No. 38364
116 WEST BALTIMORE AVE.
POST OFFICE BOX 728
MEDIA, PENNSYLVANIA 19063
(610) 565-1600